

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Amanda Gayle Read, Appellant

No. 06-14-00025-CR          v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 16,330). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Amanda Gayle Read, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED SEPTEMBER 5, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk